ADAM PAUL LAXALT
  Attorney General
Barrack T Potter (Bar. No. 14105)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegs, NV 89101
(702) 486-3120 (phone)
(702) 486-3773 (fax)
Email: bpotter@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY M. CAMPANA,<br><br>    Plaintiff,<br><br>v.<br><br>RENEE BAKER, et al.,<br><br>    Defendants. | Case No. 3:16-cv-00303-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Corey M. Campana, Plaintiff Pro Se, and Defendants Joshua Miller, Sheryl Foster, Harold Byrne, Rod Lightsey, Rita Little, William Gittere, Jennifer Nash, Tasheena Sandoval, and Renee Baker, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Barrack T Potter, Deputy Attorney

///
///
///
///
///
///

1

General, that the above-captioned matter be dismissed in its entirety against all parties with prejudice, and that each party will bear their own attorney fees and costs.

DATED May ___, 2017.                    DATED May 19, 2017.

                                        ADAM PAUL LAXALT
                                        Nevada Attorney General

_____         By: _____
Corey M. Campana                        Barrack T Potter
*Plaintiff Pro Se*                      Deputy Attorney General
                                        *Attorneys for Defendants*

IT IS SO ORDERED.                       DATED   May 22,   , 2017.

                                        _____
                                        UNITED STATES DISTRICT JUDGE